In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-277 CR


______________________


 

MICHAEL JAMES ELLIOT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 84717






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Michael James Elliot, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and filed with a motion presented by counsel of record. No opinion has
issued in this appeal. The motion is granted, and the appeal is therefore dismissed.



 APPEAL DISMISSED.


 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered January 31, 2007

Do Not Publish 


Before McKeithen, C.J., Gaultney and Kreger, J.J.